WEISS & JONES
Philip E. Weiss, Esq. (No. 152523)
1551 Shelter Island Drive
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801

Attorneys for Plaintiff
Bartell Hotels, a California Limited Partnership,
dba Half Moon Anchorage

FILED
2007 NOV -1 PM 2:22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ sp _____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07CV 2097 L    BLM

| | |
|---|---|
| BARTELL HOTELS, A California Limited Partnership, dba HALF MOON ANCHORAGE,<br><br>Plaintiff,<br><br>v.<br><br>M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*,<br><br>Defendant. | Case No.<br><br>IN ADMIRALTY<br><br>NOTICE OF UNAVAILABILITY OF PLAINTIFF'S COUNSEL |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Philip E. Weiss, counsel for Plaintiff BARTELL HOTELS, A California Limited Partnership, dba HALF MOON ANCHORAGE, will be out of the state or otherwise unavailable for any purpose whatsoever on the following dates:

November 1 through November 9, 2007, inclusive.

Plaintiff's attorney therefore requests that no hearings, depositions, or deadlines/due dates may be set in the above-captioned matter during the dates referenced above. A party's

1  purposefully scheduling a conflicting proceeding without good cause is sanctionable conduct.
2  Tenderloin Housing Clinic v. Sparks (1992) 8 Cal.App4th 299.

4  DATED: October 30, 2007

WEISS & JONES

Philip E. Weiss, Esq.
Attorneys for Plaintiff
Bartell Hotels, a California Limited
Partnership, dba Half Moon Anchorage

NOTICE OF UNAVAILABILITY OF PLAINTIFF'S COUNSEL

Page -2-
Case No.