ORIGINAL

WEISS & JONES
Philip E. Weiss, Esq.
1551 Shelter Island Drive
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801

Attorneys for Plaintiff
Bartell Hotels, a California Limited Partnership,
dba Half Moon Anchorage

FILED
2007 NOV -1  PM 2: 17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ de _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'07CV 2097 L    BLM

| | |
|---|---|
| BARTELL HOTELS, A California Limited Partnership, dba HALF MOON ANCHORAGE,<br><br>Plaintiff,<br><br>v.<br><br>M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*,<br><br>Defendant. | Case No.<br><br>IN ADMIRALTY<br><br>EX PARTE APPLICATION FOR ORDER AUTHORIZING ISSUANCE OF A WARRANT FOR ARREST OF DEFENDANT VESSEL<br><br>F.R.C.P. Supplemental Admiralty Rules C and E. |

Plaintiff BARTELL HOTELS, a California Limited Partnership, dba HALF MOON ANCHORAGE (hereinafter "PLAINTIFF") by and through its attorneys, respectfully requests that this Honorable Court issue an Order authorizing the immediate issuance of a Warrant for Arrest for M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, and all of her engines, tackle, accessories, equipment, furnishings and appurtenances ("DEFENDANT VESSEL"), and in support thereof, represents as follows:

///

1. The within action is an action *in rem* to establish PLAINTIFF's right to retake possession of its slip, to recover damages based on the commission of maritime tort of trespass and for the breach of a maritime contract for wharfage services by the *in rem* DEFENDANT VESSEL.

2. The Verified Complaint and the Declaration of Philip E. Weiss demonstrates this action is one properly within admiralty jurisdiction, as it is based principally on the trespass of the DEFENDANT VESSEL and for her breach of a maritime contract for the provision of wharfage services, and because an action *in rem* is cognizable only in a Federal District Court sitting in Admiralty.

3. The Supplemental Rules for Admiralty and Maritime Claims, as amended, effective August 1, 1985, require judicial scrutiny of the Complaint to authorize the issuance of a Warrant of Arrest, as well as provision of notice to the defendants, to permit them an opportunity for prompt post-seizure hearing, if requested by them.

WHEREFORE, PLAINTIFF prays that an Order issue authorizing a Warrant for the Arrest of the DEFENDANT VESSEL, and providing for a prompt post-seizure hearing, if requested, pursuant to the Supplemental Admiralty Rules, as amended.

Dated: October 2�, 2007                Respectfully submitted,

                                           WEISS & JONES

By _____
Philip E. Weiss, Esq.
Attorney for Plaintiff
Bartell Hotels,
a California Limited Partnership,
dba Half Moon Anchorage