WEISS & JONES
Philip E. Weiss, Esq.
1551 Shelter Island Drive
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801

Attorneys for Plaintiff
Bartell Hotels, a California Limited Partnership,
dba Half Moon Anchorage

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTELL HOTELS, A California Limited Partnership, dba HALF MOON ANCHORAGE, <br><br> Plaintiff, <br><br> v. <br><br> M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*, <br><br> Defendant. | Case No. 07cv2097-L(BLM) <br><br> IN ADMIRALTY <br><br> SECOND EX PARTE APPLICATION FOR ORDER AUTHORIZING ISSUANCE OF A WARRANT FOR ARREST OF DEFENDANT VESSEL <br><br> F.R.C.P. Supplemental Admiralty Rules C and E. |

Plaintiff BARTELL HOTELS, by and through its attorneys, hereby respectfully submits its Second *Ex Parte* Application for Order Authorizing Issuance of A Warrant for Arrest of Defendant Vessel. Apart from this Paragraph, the text of this Application is substantively identical to the Application for Order Authorizing Issuance of A Warrant for Arrest of Defendant Vessel which Plaintiff earlier filed and which the Court earlier denied as moot, following its dismissal without prejudice of Plaintiff's Verified Complaint for Vessel Arrest for want of sufficient specificity. Plaintiff recently filed its First Amended Verified Complaint for Vessel Arrest (which details additional facts and has appended an exemplar of

1 | the wharfage contract at issue), which Plaintiff believes now provides the requisite level of
2 | detail such that it will meet with the approval of this Honorable Court.

3 |      Plaintiff BARTELL HOTELS, a California Limited Partnership, dba HALF MOON
4 | ANCHORAGE (hereinafter "PLAINTIFF") by and through its attorneys, respectfully
5 | requests that this Honorable Court issue an Order authorizing the immediate issuance of a
6 | Warrant for Arrest for M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately
7 | 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF
8 | 8646 ED, and all of her engines, tackle, accessaries, equipment, furnishings and
9 | appurtenances ("DEFENDANT VESSEL"), and in support thereof, represents as follows:

10 |     1.    The within action is an action *in rem* to establish PLAINTIFF's right to retake
11 | possession of its slip, to recover damages based on the commission of maritime tort of
12 | trespass and for the breach of a maritime contract for wharfage services by the *in rem*
13 | DEFENDANT VESSEL.

14 |     2.    The Verified Complaint and the Declaration of Philip E. Weiss demonstrates
15 | this action is one properly within admiralty jurisdiction, as it is based principally on the
16 | trespass of the DEFENDANT VESSEL and for her breach of a maritime contract for the
17 | provision of wharfage services, and because an action *in rem* is cognizable only in a Federal
18 | District Court sitting in Admiralty.

19 |     3.    The Supplemental Rules for Admiralty and Maritime Claims, as amended,
20 | effective August 1, 1985, require judicial scrutiny of the Complaint to authorize the issuance
21 | of a Warrant of Arrest, as well as provision of notice to the defendants, to permit them an
22 | opportunity for prompt post-seizure hearing, if requested by them.

23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

1  WHEREFORE, PLAINTIFF prays that an Order issue authorizing a Warrant for the
2  Arrest of the DEFENDANT VESSEL, and providing for a prompt post-seizure hearing, if
3  requested, pursuant to the Supplemental Admiralty Rules, as amended.

4  Dated: January 10, 2008          Respectfully submitted,

5                                    WEISS & JONES

7                                    By _____
                                      Philip E. Weiss, Esq.
8                                     Attorney for Plaintiff
                                      Bartell Hotels,
9                                     a California Limited Partnership,
                                      dba Half Moon Anchorage

WEISS & JONES
Philip E. Weiss, Esq. (No. 152523)
1551 Shelter Island Drive
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801

Attorneys for Plaintiff
Bartell Hotels, a California Limited Partnership,
dba Half Moon Anchorage
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTELL HOTELS, A California Limited Partnership, dba HALF MOON ANCHORAGE,<br><br>Plaintiff,<br><br>v.<br><br>M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*,<br><br>Defendant. | Case No. 07 CV 2097 L (BLM)<br><br>IN ADMIRALTY<br><br>DECLARATION OF SERVICE<br><br>F.R.C.P. Supplemental Admiralty Rules C and E.<br><br>46 U.S.C. Sections 30101-31343 |

### DECLARATION OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in San Diego County, State of California. I am over the age of eighteen (18) and not a party to this action; my business address is 1551 Shelter Island Drive, San Diego, California 92106. On January 11, 2008, I served the following document(s) described as:

— **First Amended Verified Complaint For Vessel Arrest, Interlocutory Sale And for Money Damages for Trespass By Vessel, Breach Of Contract For Necessaries, and Quantum Meruit**

DECLARATION OF SERVICE                                              Page -1-
                                                                    Case No.

1  — Declaration of Michael J. Ardelt Concerning Existence of Month-To-Month
2     Wharfage Contract For Defendant Vessel
3  — Second Ex Parte Application for Order Authorizing Issuance of a Warrant for
4     Arrest of Defendant Vessel
5  — Declaration of Philip E. Weiss In Support of Vessel Arrest and Regarding
6     Submissions of Second Application For Order Authorizing Issuance of Warrant
7     For Vessel Arrest And Second Application For Order Appointing Substitute
8     Custodian
9  — Second [Proposed] Order Authorizing Arrest of Defendant Vessel Pursuant to
10    Supplemental Admiralty Rule C
11 — Second Application for Appointment of Substitute Custodian and for
12    Authorization for Movement of Defendant Vessel
13 — Second Declaration of Richard Bartell In Support of Ex Parte Application for
14    Order Appointing Substitute Custodian
15 — Second [Proposed] Order Appointing Substitute Custodian and Authorizing
16    Movement of Vessel
17 — Second Warrant for Action In Rem

on the interested parties in Case No. 07 CV 2097 L (BLM) by placing [_] the original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

Mr. Kurt Hach

19918 Chase Street

Canoga Park, CA   91306

[_]   (BY PERSONAL SERVICE): Personal service accomplished by [_] attorney service or [_] _____, employed by Weiss & Jones.

[_]   (BY FACSIMILE AS INDICATED ABOVE): I caused the foregoing document(s) to be sent via facsimile transmission to the above addressee(s) at the facsimile numbers indicated above.

[X]   (BY U.S. MAIL AS INDICATED ABOVE): As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would

DECLARATION OF SERVICE                                                      Page -2-
                                                                            Case No.

1  be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San
2  Diego, California in the ordinary course of business.  I am aware that on motion of the party served,
3  service is presumed invalid if postal cancellation date or postage meter date is more than one day
4  after deposit for mailing in affidavit.

5  [ ]   (STATE):   I declare under penalty of perjury under the laws of the State of California that
6  the foregoing is true and correct.

7  [X]   (FEDERAL):  I declare that I am employed in the office of a member of the bar of this court
8  at whose direction the service was made.

9  Dated: January 11, 2007                            _Tamara Geehan_____
10                                                          Tamara Geehan

11  c:\arrest-sdcal-clientsub\proofservice

DECLARATION OF SERVICE                                                    Page -3-
                                                                          Case No.