WEISS & JONES
Philip E. Weiss, Esq. (No. 152523)
1551 Shelter Island Drive
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801

Attorneys for Plaintiff
Bartell Hotels, a California Limited Partnership,
dba Half Moon Anchorage

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTELL HOTELS, A California Limited Partnership, dba HALF MOON ANCHORAGE,<br><br>Plaintiff,<br><br>v.<br><br>M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*,<br><br>Defendant. | Case No. 07cv2097-L(BLM)<br><br>IN ADMIRALTY<br><br>SECOND WARRANT FOR ACTION IN REM<br><br>F.R.C.P. Supplemental Admiralty Rules C and E.<br><br>46 U.S.C. Sections 30101-31343 |

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

**WHEREAS** a Verified Complaint has been filed in this Court in the above-entitled action against the Defendant Vessel M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, and all of her engines, tackle, accessories, equipment, furnishings and appurtenances, and all other necessaries thereunto appertaining and belonging (hereinafter "DEFENDANT VESSEL") upon admiralty and maritime lien claims for trespass, breach of

SECOND WARRANT FOR ACTION IN REM                                                                                    Page -1-
                                                                                                      Case No.07cv2097-L(BLM)

Case 3:07-cv-02097-L-BLM   Document 11-3   Filed 01/11/2008   Page 2 of 2

maritime wharfage contract and *quantum meruit*, seeking damages accruing in an amount of not less than $4,389.00, plus $60.00 per day beginning September 21, 2007 on these Counts, and for other reasons and causes therein stated, and praying for process of warrant for the arrest of said DEFENDANT VESSEL and appurtenances, and that all persons with an interest in the said vessel and/or her appurtenances be cited to answer, and that the said vessel and her appurtenances may for the causes in the said Complaint be condemned and sold to pay the demands of the Plaintiff.

**YOU ARE HEREBY COMMANDED** to attach the said DEFENDANT VESSEL and her appurtenances, and to detain the same in your custody, or in the custody of an authorized Substitute Custodian, until the further Order of the Court respecting the same, and to give due notice to all persons claiming the same or having anything to say why the same should not be condemned and sold pursuant to the Prayer of the said Verified Complaint, that they must file their claim with the Clerk of this Court within 10 days after execution of this process, or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims.

**YOU ARE FURTHER COMMANDED** to file this process in this Court with your return thereon promptly after execution thereof, and mail a copy thereof to the attorney at whose request the execution was effected.

DATED: January __, 2008        UNITED STATES DISTRICT COURT CLERK

By:_____
                                Deputy Clerk

Respectfully submitted on January 10, 2008 by:

WEISS & JONES

By_____
    Philip E. Weiss, Esq.
    Attorneys for Plaintiff
    Bartell Hotels, a California Limited Partnership,
    dba Half Moon Anchorage

SECOND WARRANT FOR ACTION IN REM                                      Page -2-
                                                                      Case No.07cv2097-L(BLM)