ORIGINAL

FILED

08 FEB -1 PM 2:20

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTELL HOTELS, A California Limited Partnership, dba HALF MOON ANCHORAGE, <br><br> Plaintiff, <br><br> v. <br><br> M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*, <br><br> Defendant. | Case No. 07cv2097-L(BLM) <br><br> IN ADMIRALTY <br><br> ~~SECOND [PROPOSED]~~ ORDER APPOINTING SUBSTITUTE CUSTODIAN AND AUTHORIZING MOVEMENT OF VESSEL <br><br> F.R.C.P. Supplemental Admiralty Rules C and E. |

Plaintiff, BARTELL HOTELS, a California Limited Partnership, dba HALF MOON ANCHORAGE (hereinafter "PLAINTIFF"), by and through its attorney, Weiss & Jones, L.L.P., having appeared and made the following recitals:

1. On or about December 6, 2007 ~~January 11, 2008~~ PLAINTIFF filed its First Amended Verified Complaint praying that M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED and all of her engines, tackle, accessories, equipment, furnishings and

///

1. appurtenances ("DEFENDANT VESSEL"), be condemned and sold to pay PLAINTIFF's demands and for other proper relief.

2. Pursuant to an Order of this Court upon Application by PLAINTIFF, the Clerk of this Court will issue a Warrant for Arrest of the DEFENDANT VESSEL, commanding the United States Marshal for this District to arrest and take her into custody and to detain her in his custody until further Order of this Court respecting same.

3. It is accordingly expected that the United States Marshal will arrest the DEFENDANT VESSEL forthwith. Custody by the United States Marshal requires the services of one or more keepers, and does not include charges for wharfage and the other services usually associated with safekeeping vessels similar to the DEFENDANT VESSEL.

4. The DEFENDANT VESSEL is located in a slip among those at PLAINTIFF's marina, located at 2131 Shelter Island Drive, San Diego, California. PLAINTIFF has agreed to assume the responsibility for safekeeping the said DEFENDANT VESSEL and has consented to act as her custodian until further Order of this Court. It will provide, as necessary under the circumstances, the following services for the safekeeping of the DEFENDANT VESSEL, at a cost not to exceed prevailing rates of the Port of San Diego, as described with further particularity in the Declaration of Richard Bartell filed January 11, 2008:

    a. Assume custody of the vessel from the United States Marshal at the place of her arrest, and keep her at its Marina until further Order of the Court;

    b. As soon as possible after assuming custody of the vessel, photograph and/or video tape the interior and exterior, and prepare a written inventory of equipment and property aboard which is not installed as part of the vessel;

    c. Periodically inspect mooring lines/fenders to assure safe and secure mooring;

    d. Periodically as deemed prudent under the existing circumstances, but no less than weekly, inspect the vessel for watertight integrity, excessive bilge water and fuel, lubricant or other leaks. Where further action beyond those detailed herein is deemed necessary to preserve the vessel, PLAINTIFF shall advise counsel, so counsel can seek an appropriate order from the Court;

  e. Provide additional services such as cleaning, minor maintenance, inspection of bottom by a diver for the purpose of cleaning and reporting findings regarding underwater hull, metal and zinc conditions, as such services are deemed prudent;

  f. PLAINTIFF will operate only machinery described in a proper Court order;

  g. Provide other such services as may be required from time-to-time, by further order of the Court. All services will be invoiced at rates not exceeding those prevailing in the Port of San Diego, and shall be subject to approval by the Court.

  5. PLAINTIFF, in consideration of the Marshal's consent to the substitution of custodian, agrees to release the United States and the U.S. Marshal from any and all liability and responsibility arising out of the case and custody of the DEFENDANT VESSEL, her engines, boilers, tackle, apparel, furnishings, appurtenances, etc., and all other necessaries thereunto appertaining and belonging, from the time the Marshal transfers possession of said vessel over to said Substitute Custodian, and further agrees to hold harmless and indemnify the United States and the Marshal from any and all claims whatsoever arising out of the Substitute Custodian's possession and safekeeping; and

  **THEREFORE, IT IS HEREBY ORDERED** that the United States Marshal for the Southern District be, and is hereby, authorized and directed upon seizure of the DEFENDANT VESSEL, her engines, boilers, tackle, apparel, furnishings, appurtenances, etc., and all other necessaries thereunto appertaining and belonging, pursuant to the Warrant for Arrest to surrender the possession thereof to the Substitute Custodian named herein, and that upon such surrender the Marshal shall be discharged from his duties and responsibilities for the safekeeping of said vessel and held harmless from and against any and all claims whatever arising out of said substituted possession and safekeeping; and

  **IT IS FURTHER ORDERED** that PLAINTIFF be, and is hereby appointed, the Substitute Custodian of said vessel to retain the same in its custody for possession and safekeeping, with the authority to move the DEFENDANT VESSEL within its marina, for the aforementioned compensation and in accordance with the Declaration of Richard Bartell filed January 11, 2008 and the recitals herein contained until further Order of this Court; and

**IT IS FURTHER ORDERED** that PLAINTIFF's attorney will serve by mail a copy of said Order to the person(s) believed to be the owner(s) of the DEFENDANT VESSEL.

DATED: January 30, 2008

*[signature]*
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted
on January 10, 2008

WEISS & JONES

By: *[signature]*
Philip E. Weiss, Esq.
Attorney for Plaintiff
Bartell Hotels,
a California Limited Partnership,
dba Half Moon Anchorage

SECOND [PROPOSED] ORDER APPOINTING SUBSTITUTE CUSTODIAN
AND AUTHORIZING MOVEMENT OF DEFENDANT VESSEL

-4-

Case No. 07cv2097-L(BLM)