ORIGINAL FILED

08 FEB -1 PM 2:20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTELL HOTELS, A California Limited Partnership, dba HALF MOON ANCHORAGE, <br><br> Plaintiff, <br><br> v. <br><br> M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*, <br><br> Defendant. | Case No. 07cv2097-L(BLM) <br><br> IN ADMIRALTY <br><br> ~~SECOND [PROPOSED]~~ ORDER AUTHORIZING ARREST OF DEFENDANT VESSEL PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE C <br><br> F.R.C.P. Supplemental Admiralty Rules C and E. |

The Court, having reviewed the Amended Verified Complaint of BARTELL HOTELS, a California Limited Partnership, dba HALF MOON ANCHORAGE ("PLAINTIFF") and the Declaration of Philip E. Weiss, an attorney acting on its behalf, and upon Application of PLAINTIFF for an Order Authorizing a Warrant of Arrest, finds that the conditions for an action *in rem* appear to exist, and it is therefore

**ORDERED** that the immediate issuance of a Warrant for the Arrest of M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length and 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED and all of her

1  engines, tackle, accessories, equipment, furnishings and appurtenances (the "DEFENDANT
2  VESSEL") is authorized, and it is further
3      **ORDERED** that the Clerk of the District Court shall immediately prepare a
4  Warrant for the Arrest of the DEFENDANT VESSEL and shall deliver it to the United States
5  Marshal for the Southern District of California for service; and it is further
6      **ORDERED** that any person claiming an interest in the DEFENDANT
7  VESSEL shall be entitled upon request to a prompt hearing at which the PLAINTIFF shall be
8  required to show why the arrest should not be vacated or other relief granted consistent with
9  the Supplemental Rules for Certain Admiralty and Maritime Claims, and it is further
10     **ORDERED** that a copy of this Order be attached to and served with the said
11 Warrant For Arrest In Action In Rem.
12 Dated: January 30, 2008

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

17   Respectfully submitted on January 10, 2008 by:
18   WEISS & JONES

20 By_____

21   Philip E. Weiss
  Attorneys for Plaintiff
22   Bartell Hotels,
  a California Limited Partnership,
23   dba Half Moon Anchorage

SECOND [PROPOSED] ORDER AUTHORIZING ARREST OF DEFENDANT VESSEL   -2-
Case No. 07cv2097-L(BLM)