**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF BARTELL HOTELS, a California Limited Partnership, dba HALF MOON ANCHORAGE | COURT CASE NUMBER 07CV2097 L (BLM) |
| DEFENDANT M/Y CLAIRE IRENE, a 1968 Owens Motoryacht, approx 40-Feet in Length and 11-Feet in Beam, CA DMV Registration No. CF8646ED, and all her Engines, Equip, etc., in rem | TYPE OF PROCESS TURNOVER |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/Y CLAIRE IRENE, a 1968 Owens Motoryacht, Approx 40-Feet in Length and 11-Feet in Beam, CA DMV Registration No. CF8646ED, and all her engines, tackle, etc., in rem, lying at:

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Half Moon Anchorage, 2131 Shelter Island Dr., San Diego, CA 92106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Weiss & Jones
Attn.: Philip Weiss, Esq.
1551 Shelter Island Drive
San Diego, CA 92106

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

After seizing and taking the Defendant vessel into custody, and posting her with the Complaint/Arrest Documents, please turn over custody and control to Half Moon Anchorage, the Court Appointed substitute Custodian. Thank you.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER 619-225-8884
DATE 10/30/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 08 | District to Serve No. 08 | Signature of Authorized USMS Deputy or Clerk A Scott | Date 11/07/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 2-6-08     Time 9:20 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**



UNITED STATES MARSHALS SERVICE
SOUTHERN          DISTRICT OF CALIFORNIA

# SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. | CASE TITLE |
|---|---|
| 07CV2097 | Bartell Hotels, plaintiff v. M/Y CLAIRE IRENE |

SUBJECT (Name, address)
M/Y Claire Irene, 2303 Shelter Island Drive, San Diego, CA 92106

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| 1 | 1 | M/Y CLAIRE IRENE, a 1968 Owens Motor | 2303 Shelter Island Drive |
| | | Yacht of Approx. 40-Feet in length and 11-Feet in | San Diego, CA 92106 |
| | | Beam, Bearing California D.M.V. registration No. | |
| | | CF8646ED, and all of her engines, tackle, | |
| | | accessories, equipment, furnishings and | |
| | | appurtenances, in rem | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| Dexter Vilain, | USMS | 02/06/08 | |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1 | 02/06/08 | NAME & AGENCY<br>Dexter Vilain, DUSM<br>SIGNATURE | NAME & AGENCY<br>Half Moon Anchorage<br>SIGNATURE | Turn over to Sub-Custodian per Court Order |
| | | NAME & AGENCY<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE | |
| | | NAME & AGENCY<br>SIGNATURE | NAME & AGENCY<br>SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM - 102
Rev. 04/78
Automated 01/01