U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF BARTELL HOTELS, a California Limited Partnership, dba HALF MOON ANCHORAGE | COURT CASE NUMBER 07 CV 2097 L (BLM) |
|---|---|
| DEFENDANT M/V CLAIRE IRENE, a 1968 Owens motor yacht, approx 40-feet in length and 11-feet in beam CA DMV 8043 DT, Registration Number 8104 ED, and all her engines, tackle, etc. in rem | TYPE OF PROCESS IN REM PUBLICATION |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Please Publish Notice in Daily Transcript

AT  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2131 Third Ave, San Diego, CA 92101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Weiss & Jones
Attn: Philip Weiss, Esq.
1551 Shelter Island Drive
San Diego, CA 92106

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                            Fold

Please publish Notice of Vessel Arrest in the Daily Transcript as statutorily mandated. Thank you.

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT

TELEPHONE NUMBER 619-225-8884   DATE 10.30.07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 08 | District to Serve No. 08 | Signature of Authorized USMS Deputy or Clerk  A Scott | Date 11/07/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service 2-06-08 | Time 8:47 am pm |
|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee 8.00 | Total Charges 8.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)

**ORIGINAL**

1   WEISS & JONES
    Philip E. Weiss, Esq.
2   1551 Shelter Island Drive
    San Diego, California 92106
3   Telephone: (619) 225-8884
    Facsimile: (619) 225-8801
4
    Attorneys for Plaintiff
5   Bartell Hotels, a California Limited Partnership,
    dba Half Moon Anchorage
6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  BARTELL HOTELS, a California Limited         )   Case No.   07CV2097
    Partnership, dba THE DANA ON MISSION         )
12  BAY,                                         )   IN ADMIRALTY
                                                 )
13                  Plaintiff,                   )   NOTICE OF VESSEL ARREST
                                                 )
14  v.                                           )   IN ADMIRALTY
                                                 )
15  M/Y CLAIRE IRENE, a 1968 Owens Motor         )   F.R.C.P. Supplemental Admiralty
    Yacht of Approximately 40-Feet In Length And )   Rules C and E.
16  11-Feet In Beam, Bearing California D.M.V.    )
    Registration No. CF 8646 ED, AND ALL OF      )   46 U.S.C. Sections 30101-31343
17  HER ENGINES, TACKLE, ACCESSORIES,            )
    EQUIPMENT, FURNISHINGS AND                   )
18  APPURTENANCES, *in rem*,                     )
                                                 )
19                  Defendant.                   )
                                                 )
20  _____

21           NOTICE IS HEREBY GIVEN pursuant to Rules C and E of the Supplemental

22  Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure

23  and Local Rules of the United States District Court in and for the Southern District of

24  California that on the  6   day of February, 2008, the United States Marshal arrested,

25  seized and took into its possession the Defendant Vessel M/Y CLAIRE IRENE, a 1968

26  Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing

27  California D.M.V. Registration No. CF 8646 ED, and all of her engines, tackle, accessories,

28  equipment, furnishings, and appurtenances, etc., for the causes set forth in the Verified

NOTICE OF VESSEL ARREST                                                      1

                                            Case No._____

1   Complaint, to wit: Trespass, Breach of Contract for Necessaries, and Quantum Meruit, now

2   pending in the United States District Court for the Southern District of California, at San

3   Diego.

4         The amount demanded in the Verified Complaint is $4,389.00, plus the minimum sum

5   of $60.00 per day, beginning September 21, 2007 and continuing until such time as the

6   DEFENDANT VESSEL is either removed from PLAINTIFF's premises or until she is taken

7   into custody by the U.S. Marshal, pursuant to Order of this Court, plus prejudgment interest,

8   plus *custodia legis* expenses and all other costs of suit, no part of which has been paid.

9         This arrest was made pursuant to an Order and Warrant for Arrest issued by the Clerk

10  of the Court on or about February 1, 2008.

11        I hereby give notice to all persons claiming any interest in said DEFENDANT

12  VESSEL, or having anything to say why the same should not be condemned and forfeited,

13  that they must file their claims pursuant to Rule C(6), Supplemental Rules to the Federal

14  Rules of Civil Procedure, with the Clerk of the United States District Court, at San Diego,

15  and serve a copy of it on attorneys for Plaintiff, WEISS & JONES, within ten days after the

16  date of first publication, or within such additional time as the Court may allow, and must

17  serve their answers within twenty days after the filing of their claims, and that all interested

18  ///

19  ///

20. ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

NOTICE OF VESSEL ARREST

Case No._____

2

1    persons should file claims and answers within the times so fixed; otherwise, default will be

2    entered against any such person not so complying.

3    DATED: February 6, 2008

4                                   STEVEN C. STAFFORD

5                              ACTING United States Marshal

6

7                         By: _____
                                   DEXTER VILAIN
8                                Deputy U.S. Marshal

9

10   SUBMITTED ON October 31, 2007 BY:

11   WEISS & JONES

12

13   By _____
          Philip E. Weiss, Esq.
14        Attorneys for Plaintiff
          Bartell Hotels,
15        a California Limited Partnership,
          dba Half Moon Anchorage

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VESSEL ARREST                                                3

                                            Case No._____