**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** BARTELL HOTELS, a California Limited Partnership, dba Half Moon Anchorage | **COURT CASE NUMBER** 07CV2097 L (BLM) |
| **DEFENDANT** M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht, Approx. 40-feet in Length and 11-feet in Beam, CA DMV Registration No. CF8646ED, and All Her Engines, Tackle, etc, in rem | **TYPE OF PROCESS** IN REM VESSEL SEIZURE |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approx. 40-feet in Length and 11-feet in Beam, CA DMV Registration No. CF8646ED, and All Her Engines, etc, in rem

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Half Moon Anchorage, 2131 Shelter Island Dr., lying at: San Diego, CA 92106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Weiss & Jones
Attn: Philip Weiss, Esq.
1551 Shelter Island Dr.
San Diego, CA 92106

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please seize, take into custody and post Complaint/Arrest Documents on the Defendant Vessel M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of approx. 40-feet in Lenght and 11-feet in Beam, California DMV Registration No. CF8646ED where she lies at Half Moon Anchorage, as instructed by Court Order as soon as possible. Please contact Brad Oliver in advance to advise of date and time of seizure. Brad Oliver, Marina Manager at (619)224-3411 ext. 301.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 619-225-8884
DATE: 10-30-07

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 08 | District to Serve No. 08 | Signature of Authorized USMS Deputy or Clerk A Scott | Date 11/07/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 2-6-08
Time: 9:20 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45- | $5.37 | | 50.37 | | | |

**REMARKS:** 1 deputy @ 45/hr.

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    **FORM USM-285 (Rev. 12/15/80)**

|   |   |
|---|---|
| 1 | WEISS & JONES |
|   | Philip E. Weiss, Esq. (No. 152523) |
| 2 | 1551 Shelter Island Drive |
|   | San Diego, California 92106 |
| 3 | Telephone: (619) 225-8884 |
|   | Facsimile: (619) 225-8801 |
| 4 |   |
| 5 | Attorneys for Plaintiff |
|   | Bartell Hotels, a California Limited Partnership, |
| 6 | dba Half Moon Anchorage |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| BARTELL HOTELS, A California Limited Partnership, dba HALF MOON ANCHORAGE, | ) | Case No. 07cv2097-L(BLM) |
|---|---|---|
| Plaintiff, | ) | IN ADMIRALTY |
| v. | ) | ~~SECOND~~ WARRANT FOR ACTION IN REM |
| M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*, | ) | F.R.C.P. Supplemental Admiralty Rules C and E. |
|   | ) | 46 U.S.C. Sections 30101-31343 |
| Defendant. | ) |   |

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

**WHEREAS** a Verified Complaint has been filed in this Court in the above-entitled action against the Defendant Vessel M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, and all of her engines, tackle, accessories, equipment, furnishings and appurtenances, and all other necessaries thereunto appertaining and belonging (hereinafter "DEFENDANT VESSEL") upon admiralty and maritime lien claims for trespass, breach of

maritime wharfage contract and *quantum meruit*, seeking damages accruing in an amount of not less than $4,389.00, plus $60.00 per day beginning September 21, 2007 on these Counts, and for other reasons and causes therein stated, and praying for process of warrant for the arrest of said DEFENDANT VESSEL and appurtenances, and that all persons with an interest in the said vessel and/or her appurtenances be cited to answer, and that the said vessel and her appurtenances may for the causes in the said Complaint be condemned and sold to pay the demands of the Plaintiff.

**YOU ARE HEREBY COMMANDED** to attach the said DEFENDANT VESSEL and her appurtenances, and to detain the same in your custody, or in the custody of an authorized Substitute Custodian, until the further Order of the Court respecting the same, and to give due notice to all persons claiming the same or having anything to say why the same should not be condemned and sold pursuant to the Prayer of the said Verified Complaint, that they must file their claim with the Clerk of this Court within 10 days after execution of this process, or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims.

**YOU ARE FURTHER COMMANDED** to file this process in this Court with your return thereon promptly after execution thereof, and mail a copy thereof to the attorney at whose request the execution was effected.

DATED: ~~January __, 2008~~
Feb 1, 2008

UNITED STATES DISTRICT COURT CLERK

By: _____
Deputy Clerk   **M. Jenkins**

Respectfully submitted on January 10, 2008 by:

WEISS & JONES

By _____
Philip E. Weiss, Esq.
Attorneys for Plaintiff
Bartell Hotels, a California Limited Partnership,
dba Half Moon Anchorage

SECOND WARRANT FOR ACTION IN REM

Page -2-
Case No. 07cv2097-L(BLM)