

**Bartell Hotels**                                                07cv2097-L (BLM)

-v-

M/Y Claire Irene

# STRICKEN DOCUMENT

**20-Summons Returned Executed**

**20**