**ORIGINAL**

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

BARTELL HOTELS, a California Limited Partnership, dba HALF MOON ANCHORAGE

vs

M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, bearing California D.M.V. Registration No. CF 8646 ED, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*

SUMMONS IN A CIVIL ACTION

Case No. '07CV 2097 L   BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Weiss & Jones
Philip E. Weiss, Esq.
1551 Shelter Island Drive
San Diego, CA 92106

An answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

NOV - 1 2007
DATE

By _____ Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

ORIGINAL

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 2/6/2008 |
| NAME OF SERVER Dexter Vilain | TITLE Deputy U.S. Marshal |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Defendant Vessel at Halfmoon Anchorage 2303 Shelter Island Dr., San Diego, CA 92106

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

Return unexecuted:

[X] Other (specify): * Declaration of Service also attached indicating service of Summons, First Amended Complaint and other vessel arrest documents to person Plaintiff believes has ownership interest in Defendant Vessel.

**STATEMENT OF SERVICE FEES**

| TRAVEL | | SERVICES 50.37 | TOTAL $0.00 |
|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: please see attached U.S. Marshal's notice of Service - Form 285 for

Date    Signature of Server Deputy Vilain's Signature

Address of Server U.S. Marshal Service, Civil Seizure Section, 940 Front St., Rm. B-150, Lower Level, San Diego CA 92101

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| BARTELL HOTELS, a California Limited Partnership, dba Half Moon Anchorage | 07CV2097 L (BLM) |
| DEFENDANT | TYPE OF PROCESS |
| M/Y CLAIRE IRENE, a 1968 Owens motor yacht, approx. 40-feet in length and 11-feet in beam, CA DMV Reg. No. CF8646ED, and all her engines, etc., in rem | IN REM VESSEL SEIZURE |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/Y CLAIRE IRENE, a 1968 Owens motor yacht of approx. 40 feet in Length and 11-Feet in Beam, CA DMV Registration No. CF8646ED, and all her engines, etc.

AT ADDRESS: Half Moon Anchorage, 2131 Shelter Island Dr, lying at San Diego, CA 92106

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Weiss & Jones
Attn: Philip Weiss, Esq.
1551 Shelter Island Dr.
San Diego, CA 92106

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

Please seize, take into custody and post Complaint/Arrest documents on the Defendant vessel M/Y CLAIRE IRENE, a 1968 Owens motor yacht of approx. 40-feet in Lenght and 11-feet in Beam, California DMV Registration No. CF8646ED where she lies at Half Moon Anchorage, as instructed by Court Order as soon as possible. Please contact Brad Oliver in advance to advise of date and time of seizure, Brad Oliver, Marina Manager at (619)224-3411 ext. 30.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 619-225-8884
DATE: 10-30-07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. | Total Process: 1 | District of Origin No.: 08 | District to Serve No.: 08 | Signature of Authorized USMS Deputy or Clerk: A Scott | Date: 11/7/07

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 2-6-08 | Time: 9:20 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45 | 5.37 | | 50.37 | | |

REMARKS: 1 deputy @ 45/hr.

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)

```
 1  WEISS & JONES
    Philip E. Weiss, Esq. (No. 152523)
 2  1551 Shelter Island Drive
    San Diego, California 92106
 3  Telephone: (619) 225-8884
    Facsimile: (619) 225-8801
 4

 5  Attorneys for Plaintiff
    Bartell Hotels, a California Limited Partnership,
 6  dba Half Moon Anchorage
    Attorney for Plaintiff
 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTELL HOTELS, A California Limited Partnership, dba HALF MOON ANCHORAGE, <br><br>    Plaintiff, <br><br> v. <br><br> M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*, <br><br>    Defendant. | Case No. 07 CV 2097 L (BLM) <br><br> IN ADMIRALTY <br><br> DECLARATION OF SERVICE <br><br> F.R.C.P. Supplemental Admiralty Rules C and E. <br><br> 46 U.S.C. Sections 30101-31343 |

### DECLARATION OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in San Diego County, State of California. I am over the age of eighteen (18) and not a party to this action; my business address is 1551 Shelter Island Drive, San Diego, California 92106. On January 11, 2008, I served the following document(s) described as:

— **First Amended Verified Complaint For Vessel Arrest, Interlocutory Sale And for Money Damages for Trespass By Vessel, Breach Of Contract For Necessaries, and Quantum Meruit**

DECLARATION OF SERVICE                                                                                    Page -1-
                                                                                                         Case No.

1  – Declaration of Michael J. Ardelt Concerning Existence of Month-To-Month
2  Wharfage Contract For Defendant Vessel
3  – Second Ex Parte Application for Order Authorizing Issuance of a Warrant for
4  Arrest of Defendant Vessel
5  – Declaration of Philip E. Weiss In Support of Vessel Arrest and Regarding
6  Submissions of Second Application For Order Authorizing Issuance of Warrant
7  For Vessel Arrest And Second Application For Order Appointing Substitute
8  Custodian
9  – Second [Proposed] Order Authorizing Arrest of Defendant Vessel Pursuant to
10  Supplemental Admiralty Rule C
11  – Second Application for Appointment of Substitute Custodian and for
12  Authorization for Movement of Defendant Vessel
13  – Second Declaration of Richard Bartell In Support of Ex Parte Application for
14  Order Appointing Substitute Custodian
15  – Second [Proposed] Order Appointing Substitute Custodian and Authorizing
16  Movement of Vessel
17  – Second Warrant for Action In Rem
18  on the interested parties in Case No. 07 CV 2097 L (BLM) by placing [_] the original
19  [X] a true copy thereof enclosed in a sealed envelope addressed as follows:
20      Mr. Kurt Hach
21      19918 Chase Street
22      Canoga Park, CA  91306
23  [_]  (BY PERSONAL SERVICE): Personal service accomplished by [_] attorney service or
24  [_] _____, employed by Weiss & Jones.
25  [_]  (BY FACSIMILE AS INDICATED ABOVE): I caused the foregoing document(s) to be
26  sent via facsimile transmission to the above addressee(s) at the facsimile numbers indicated above.
27  [X]  (BY U.S. MAIL AS INDICATED ABOVE): As follows: I am "readily familiar" with the
28  firm's practice of collection and processing correspondence for mailing. Under that practice it would

DECLARATION OF SERVICE                                                 Page -2-
                                                                       Case No.

1  be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San
2  Diego, California in the ordinary course of business. I am aware that on motion of the party served,
3  service is presumed invalid if postal cancellation date or postage meter date is more than one day
4  after deposit for mailing in affidavit.
5  [ ]    (STATE):    I declare under penalty of perjury under the laws of the State of California that
6  the foregoing is true and correct.
7  [X]    (FEDERAL):  I declare that I am employed in the office of a member of the bar of this court
8  at whose direction the service was made.
9  Dated: January 11, 2007                _____Tamara Geehan_____
10                                              Tamara Geehan
11 c:\unrest-sdcal-clientsub\proofservice

DECLARATION OF SERVICE                                                Page -3-
                                                                      Case No.