WEISS & JONES
Philip E. Weiss, Esq. (No. 152523)
1551 Shelter Island Drive
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801

Attorneys for Plaintiff
Bartell Hotels, a California Limited Partnership,
dba Half Moon Anchorage
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTELL HOTELS, A California Limited Partnership, dba HALF MOON ANCHORAGE, <br><br> Plaintiff, <br><br> v. <br><br> M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*, <br><br> Defendant. | Case No. 07 CV 2097 L (BLM) <br><br> IN ADMIRALTY <br><br> REQUEST TO ENTER DEFAULT <br><br> F.R.C.P. 55(a) And Supplemental Admiralty Rules C and E |

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT**

Plaintiff BARTELL HOTELS, a California Limited Partnership, dba HALF MOON ANCHORAGE, respectfully requests that the Clerk of this Honorable Court enter Default in this action against the following Defendant, on the ground that no person or entity has appeared on her behalf to answer or otherwise responded to the Verified Complaint within the time prescribed by the Federal Rules of Civil Procedure: M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES.

1  Service of the Summons, the First Amended Verified Complaint and other documents offered
2  in connection with and in support of the instant vessel arrest in this action was effected on January
3  11, 2008 on each person or entity who has or which Plaintiff believes might have an ownership, lien
4  or other interest in the DEFENDANT VESSEL, including her documented owner and all known
5  maritime lien holders, as evidenced by the Declaration of Service which is hereto attached as Exhibit
6  A and which in on file in this action:

7  Kurt Hach                                   [Defendant Vessel's Documented Owner]
   19918 Chase Street
8  Canoga Park, CA 91306

9  Neither the above named individual nor any other person or entity, has intervened or
10 otherwise appeared in this action, and none has responded to the First Amended Verified Complaint
11 on behalf of the Defendant Vessel within the time prescribed by the Federal Rules of Civil
12 Procedure.
13 Attached hereto as Exhibit B is a true and correct copy of a U.S. Marshal Form 285 reflecting
14 that on February 6, 2008 a Deputy U.S. Marshal served the Verified Complaint and other vessel
15 arrest documents on the Defendant Vessel by placing copies aboard.
16 Moreover, no party or person has, as required by Supplemental Admiralty Rule C(6)(a)(i),
17 filed a Statement of Interest in or Right Against the Property within 30 days after publication is
18 completed pursuant to Supplemental Admiralty Rule C(4). The completion of the required
19 publication is evidenced by the true and correct copy of the U.S. Marshal Certificate of Publication
20 attached hereto as Exhibit C.
21 The above stated facts are set forth in the accompanying Declaration of Philip E. Weiss, filed
22 herewith.

23 DATED: March 7, 2008            Respectfully submitted,

24                                 WEISS & JONES

25

26                                 By _____
                                   Philip E. Weiss
27                                 Attorneys for Plaintiff
                                   Bartell Hotels
28

```
 1  WEISS & JONES
    Philip E. Weiss, Esq. (No. 152523)
 2  1551 Shelter Island Drive
    San Diego, California 92106
 3  Telephone: (619) 225-8884
    Facsimile: (619) 225-8801
 4

 5  Attorneys for Plaintiff
    Bartell Hotels, a California Limited Partnership,
 6  dba Half Moon Anchorage
    Attorney for Plaintiff
 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTELL HOTELS, A California Limited Partnership, dba HALF MOON ANCHORAGE, <br><br> Plaintiff, <br><br> v. <br><br> M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, in rem, <br><br> Defendant. | Case No. 07 CV 2097 L (BLM) <br><br> IN ADMIRALTY <br><br> DECLARATION OF SERVICE <br><br> F.R.C.P. Supplemental Admiralty Rules C and E. <br><br> 46 U.S.C. Sections 30101-31343 |

### DECLARATION OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in San Diego County, State of California. I am over the age of eighteen (18) and not a party to this action; my business address is 1551 Shelter Island Drive, San Diego, California 92106. On March 7, 2008, I served the following document(s) described as:

– **Request for Default**

– **Declaration of Philip E. Weiss In Support Of Request To Enter Default**

– **Default By Clerk**

DECLARATION OF SERVICE                                    Page -1-
                                                          Case No.

1   on the interested parties in Case No. 07 CV 2097 L (BLM) by placing [_] the
2   original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:
3       Mr. Kurt Hach
4       19918 Chase Street
5       Canoga Park, CA   91306
6   [_]   **(BY PERSONAL SERVICE):** Personal service accomplished by [_] attorney service or
7   [_] _____, employed by Weiss & Jones.
8   [_]   **(BY FACSIMILE AS INDICATED ABOVE):** I caused the foregoing document(s) to be
9   sent via facsimile transmission to the above addressee(s) at the facsimile numbers indicated above.
10  [X]   **(BY U.S. MAIL AS INDICATED ABOVE):** As follows: I am "readily familiar" with the
11  firm's practice of collection and processing correspondence for mailing. Under that practice it would
12  be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San
13  Diego, California in the ordinary course of business. I am aware that on motion of the party served,
14  service is presumed invalid if postal cancellation date or postage meter date is more than one day
15  after deposit for mailing in affidavit.
16  [ ]   **(STATE):**   I declare under penalty of perjury under the laws of the State of California that
17  the foregoing is true and correct.
18  [X]   **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court
19  at whose direction the service was made.
20  Dated: March 7, 2008                    _Tamara Geehan_
21                                           Tamara Geehan
22  c:\arrest-sdcal-clientsub\proofservice

DECLARATION OF SERVICE                                              Page -2-
                                                                    Case No.