1  WEISS & JONES
   Philip E. Weiss, Esq. (No. 152523)
2  1551 Shelter Island Drive
   San Diego, California 92106
3  Telephone: (619) 225-8884
   Facsimile: (619) 225-8801
4
5  Attorneys for Plaintiff
   Bartell Hotels, a California Limited Partnership,
6  dba Half Moon Anchorage
   Attorney for Plaintiff
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 BARTELL HOTELS, A California Limited       Case No. 07 CV 2097 L (BLM)
   Partnership, dba HALF MOON ANCHORAGE,
12                                            IN ADMIRALTY
                   Plaintiff,
13                                            AMENDED DECLARATION OF
   v.                                         SERVICE
14
   M/Y CLAIRE IRENE, a 1968 Owens Motor       F.R.C.P. Supplemental Admiralty
15 Yacht of Approximately 40-Feet In Length And  Rules C and E.
   11-Feet In Beam, Bearing California D.M.V.
16 Registration No. CF 8646 ED, AND ALL OF    46 U.S.C. Sections 30101-31343
   HER ENGINES, TACKLE, ACCESSORIES,
17 EQUIPMENT, FURNISHINGS AND
   APPURTENANCES, *in rem*,
18
                   Defendant.
19

20

21              **DECLARATION OF SERVICE**

22         **STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

23      I am employed in San Diego County, State of California.  I am over the age of eighteen (18)

24 and not a party to this action; my business address is 1551 Shelter Island Drive, San Diego,

25 California 92106.  On March 7, 2008, I served the following document(s) described as:

26      –   **Request for Default**

27      –   **Declaration of Philip E. Weiss In Support Of Request To Enter Default**

28

DECLARATION OF SERVICE                                          Page -1-
                                                                Case No.

1    on the interested parties in Case No. 07 CV 2097 L (BLM) by placing [_] the original

2    [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

3        Mr. Kurt Hach

4        19918 Chase Street

5        Canoga Park, CA  91306

6    [_]    **(BY PERSONAL SERVICE):**  Personal service accomplished by [_] attorney service or

7    [_] _____, employed by Weiss & Jones.

8    [_]    **(BY FACSIMILE AS INDICATED ABOVE):**  I caused the foregoing document(s) to be

9    sent via facsimile transmission to the above addressee(s) at the facsimile numbers indicated above.

10   **[X]    (BY U.S. MAIL AS INDICATED ABOVE):**  As follows: I am "readily familiar" with the

11   firm's practice of collection and processing correspondence for mailing.  Under that practice it would

12   be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San

13   Diego, California in the ordinary course of business.  I am aware that on motion of the party served,

14   service is presumed invalid if postal cancellation date or postage meter date is more than one day

15   after deposit for mailing in affidavit.

16   [ ]    **(STATE):**    I declare under penalty of perjury under the laws of the State of California that

17   the foregoing is true and correct.

18   **[X]    (FEDERAL):**  I declare that I am employed in the office of a member of the bar of this court

19   at whose direction the service was made.

20   Dated: March 7, 2008    _Tamara Geehan_

21                                    Tamara Geehan

22   c:\arrest-sdcal-clientsub\proofservice

23

24

25

26

27

28