1  WEISS & JONES
   Philip E. Weiss, Esq. (No. 152523)
2  1551 Shelter Island Drive
   San Diego, California 92106
3  Telephone: (619) 225-8884
   Facsimile: (619) 225-8801
4

5  Attorneys for Plaintiff
   Bartell Hotels, a California Limited Partnership,
6  dba Half Moon Anchorage
   Attorney for Plaintiff
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 BARTELL HOTELS, A California Limited   ) Case No. 07 CV 2097 L (BLM)
   Partnership, dba HALF MOON ANCHORAGE,  )
12                                        ) IN ADMIRALTY
              Plaintiff,                  )
13                                        ) DECLARATION OF BRAD
   v.                                     ) OLIVER IN SUPPORT OF EX
14                                        ) PARTE APPLICATION FOR
   M/Y CLAIRE IRENE, a 1968 Owens Motor   ) ORDER AUTHORIZING
15 Yacht of Approximately 40-Feet In Length And ) REMOVAL OF CONTAMINATED
   11-Feet In Beam, Bearing California D.M.V. ) WATER ABOARD DEFENDANT
16 Registration No. CF 8646 ED, AND ALL OF ) VESSEL
   HER ENGINES, TACKLE, ACCESSORIES,      )
17 EQUIPMENT, FURNISHINGS AND             ) F.R.C.P. Supplemental Admiralty
   APPURTENANCES, *in rem*,               ) Rules C and E.
18                                        )
              Defendant.                  ) 46 U.S.C. Sections 30101-31343
19 _____)

20

21     I, Brad Oliver, declare under penalty of perjury under the laws of the United States and the

22 State of California as follows:

23     1.    I am employed by Plaintiff Bartell Hotels as the Marina Manager for the marina

24 located on Shelter Island, San Diego, California, known as Half Moon Anchorage. I have personal

25 knowledge of the below matters, and if called to testify as to such matters I could and would

26 competently testify thereto.

27     2.    After the arrest of the Defendant Vessel I conducted an inventory, as required by the

28 Court's Order Appointing Substitute Custodian. I believe it has literally been years since the

Defendant Vessel has received any maintenance whatever, and since the owner has been aboard. This neglect was obvious throughout. After moving substantial refuse, including rotted food and apparently broken boat parts, I discovered a large amount of oily bilge water in the bottom reaches of the DEFENDANT VESSEL.

3. I have extensive experience in the maritime arena, including experience in the maintenance, operation, troubleshooting and ordinary repairs to vessels ranging from large cruising sailboats to smaller racing vessels. I served as the Dock Master at San Diego Yacht Club, before assuming his duties for PLAINTIFF. Over the years, I have had occasion to dewater at least 100 vessels and I have assisted in the containment of spills from vessels.

4. After closely examining the DEFENDANT VESSEL, a wooden vessel (with fiberglass overlay) believed to have been built in 1968, I have concluded that she is unquestionably in unseaworthy condition, and that due to dry rot in her hull and the fact she has received no apparent maintenance in several years, it is at least conceivable hull fasteners or perhaps a "through hull" (an opening in the hull used to supply water to the engines, to discharge water, etc.) could unexpectedly and suddenly fail and she could develop a leak sink or partially sink.

5. After consulting with Capt. Tom Folkesson, the owner of Oceanview Marine Services, I have concluded that even after I removed dozens of gallons of water, there could be approximately 400 gallons of water remaining aboard the DEFENDANT VESSEL, though it is difficult to calculate, due to the fact that the shape of the hull is not uniform and I am not in possession of hull drawings or plans for the DEFENDANT VESSEL.

6. I am concerned that if the DEFENDANT VESSEL (which is in apparently very poor condition) were to sink, it could result in water pollution and clean up costs could amount to a minimum of tens of thousands of dollars, and based on what counsel has advised, possibly over one million dollars. Although the DEFENDANT VESSEL does not appear to be actively taking on water, I believe it would be imprudent not to remove the contaminated water, or as much as possible, from the DEFENDANT VESSEL.

7. Capt. Folkesson has informed me that he has dewatered several hundred vessels over the course of approximately 17 years, that he has specialized "HAZWOPER" training in the handling

BRAD OLIVER DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ORDER
AUTHORIZING REMOVAL OF CONTAMINATED WATER ABOARD DEFENDANT VESSEL

Page -2-
Case No. 07 CV 2097 L (BLM)

and disposal of hazardous materials, and that he is authorized by the County of San Diego to engage in the local handling and disposal of toxic materials.

    8. Capt. Folkesson has provided an estimate in the amount of $3,177.84 for him and an assistant to remove and dispose of an estimated 400 gallons of contaminated water from the DEFENDANT VESSEL. A true and correct copy of this estimate is attached hereto as Exhibit A.

    9. To confirm he is authorized to handle hazardous materials, Capt. Folkesson provided me with a copy of the Permit issued by the County of San Diego Department of Environmental Health, a true and correct copy of which is hereto attached as Exhibit B.

Executed this 6 day of March, 2008 at San Diego, California.

*[signature]*

Brad Oliver, Marina Manager

BRAD OLIVER DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ORDER AUTHORIZING REMOVAL OF CONTAMINATED WATER ABOARD DEFENDANT VESSEL

Page -3-
Case No. 07 CV 2097 L (BLM)

OCEANVIEW MARINE SERVICES

2330 SHELTER ISLAND DR #211-B
SAN DIEGO, CA 92106

# Estimate

| Date | Estimate # |
|---|---|
| 3/5/2008 | 48 |

**Name / Address**

HALF MOON MARINA
FAX: 619-368-3168

Project

| Description | Qty | Rate | Total |
|---|---|---|---|
| OILY BILGE WATER REMOVAL-ESTIMATE ONLY OF 400 GALLONS, CANNOT ACCURATELY DETERMINE UNTIL JOB IS COMPLETE. MINIMUM 4 HOURS, FOR TWO WORKERS AND 40' CRAFT. | 4 | 180.00 | 720.00 |
| HAZMAT ADMINISTRATION-TAG DRUMS, LOADING FOR TRANSPORT AND MITIGATING TRANSPORTATION MANIFESTS. | 2 | 65.00 | 130.00 |
| 55 GAL DRUM(S) WITH BUNGS | 8 | 55.00 | 440.00T |
| DISPOSAL OF OILY BILGE WATER | 8 | 220.00 | 1,760.00 |
| POLYSORB PADS | 12 | 1.25 | 15.00T |
| DISPOSABLE GLOVES-PR | 12 | 1.00 | 12.00T |
| MISCELLANEOUS MATERIALS, PLASTIC BAGS, RESPIRATOR CARTRIDGES(POSSIBLE AIRBORNE TOXINS FROM ROTTING FOOD STORES AND MILDEW), TYVEK SUITS, ETC... | 1 | 60.00 | 60.00T |
| NOTES: CANNOT GUARANTEE 100% REMOVAL DUE TO ACCESS LIMITATIONS CREATED BY BUT NOT LIMITED TO BULKHEADS, MACHINERY AND TANKAGE RESTRICTIONS. | | 0.00 | |
| X_____/_____ Acceptance of terms and conditions/Date Authorizing owner/agent signature to proceed. | | 0.00 | |
| X_____ Initial received copy. | | | |
| SALES TAX | | 7.75% | 40.84 |

THANK YOU FOR YOUR BUSINESS!
WE ACCEPT CASH, CHECK, VISA and MASTERCARD.

**Total** $3,177.84

EXHIBIT **A**

# COUNTY OF SAN DIEGO
## DEPARTMENT OF ENVIRONMENTAL HEALTH
## UNIFIED PROGRAM FACILITY PERMIT

OCT 2008

P.O. BOX 129261, SAN DIEGO, CA 92112-9261  1-800-253-9933/619-338-2222  FAX 619-338-2377   www.sdcdeh.org

OWNER/OPERATOR NAME: TOM FOLKESSON
FACILITY NAME: OCEANVIEW MARINE SERVICE
FACILITY LOCATED AT: 2330 SHELTER ISLAND DR  San Diego, CA 92106

Mailing Address
OCEANVIEW MARINE SERVICE
TOM FOLKESSON

2330 SHELTER ISLAND DR #211B
San Diego CA 92106

PERMIT: HK18-203513

*Gary Erbeck*
DIRECTOR, DEH

PID: 560013

\* \* \* \* \* \* \* \* \* \* \*
\*\*\* ATTENTION \*\*\*
\* \* \* \* \* \* \* \* \* \* \*

THIS IS AN OFFICIAL DOCUMENT

- DO NOT DISCARD -

THIS PERMIT DOES NOT EXCUSE ANY OWNER OR OPERATOR FROM COMPLYING WITH ALL APPLICABLE FEDERAL, STATE, COUNTY OR LOCAL LAWS, ORDINANCES OR REGULATIONS. THE OWNER OR OPERATOR IS REQUIRED TO DETERMINE IF ANOTHER PERMIT OR APPROVAL FROM ANY OTHER AGENCY OR DEPARTMENT IS NECESSARY. THE COUNTY, BY ISSUING THIS PERMIT, DOES NOT RELINQUISH ITS RIGHT TO ENFORCE ANY VIOLATION OF LAW.

Issue Date below is the date of initial Permit billing.

---

POST IN CONSPICUOUS PLACE OR KEEP ON PERSON

# CITY OF SAN DIEGO * CERTIFICATE OF PAYMENT OF BUSINESS TAX

Certificate Number: B2001002293
Business Name: OCEANVIEW MARINE SERVICES/OCEANVIEW YACHT
Business Owner: TOM FOLKESSON
Business Address: 2330 SHELTER ISLAND DR #211B
SAN DIEGO CA 92106-3128
Business Type: ALL OTH PROF, SCIENTIFIC & TECHNICAL SERVICES
Effective Date: 04/01/2007
Expiration Date: 03/31/2008

OCEANVIEW MARINE SERVICES/OCEANVIEW YACHT REFINISH
PO BOX 6561
SAN DIEGO, CA 92166-0561

EXHIBIT B