# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTELL HOTELS, A California Limited Partnership, dba HALF MOON ANCHORAGE,<br><br>Plaintiff,<br><br>v.<br><br>M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*,<br><br>Defendant. | Case No. 07 CV 2097 L (BLM)<br><br>IN ADMIRALTY<br><br>ORDER AUTHORIZING REMOVAL OF CONTAMINATED WATER ABOARD DEFENDANT VESSEL |

On March 7, 2008, Plaintiff filed an Ex Parte Application for Order Authorizing Removal of Contaminated Water Aboard Defendant Vessel and declarations in support thereof. For good cause having been shown, **IT IS HEREBY ORDERED** as follows:

1. The Substitute Custodian is authorized to retain Oceanview Marine Services for the purpose of de-watering Defendant vessel and lawfully disposing of the contaminated water, as described with greater particularity in the Estimate of Oceanview Marine Services, attached as Exhibit B to the Declaration of Brad Oliver in Support of Plaintiff's Ex Parte Application for Order Authorizing Removal of Contaminated Water Aboard Defendant Vessel.

/ / / / /

2.  Based on the estimate in the amount of $3,177.84 provided by Oceanview Marine Services, with the caveat that the actual number of gallons of contaminated water cannot be estimated with great accuracy, the Substitute Custodian is authorized to pay to Oceanview Marine Services for the above services a sum not to exceed $4,000.00 without further Order of the Court.

3.  Plaintiff, the Substitute Custodian appointed in this action, shall pay Oceanview Marine Services' invoice after completion of the work above specified, so a maritime lien cannot subsist against Defendant vessel based on its services.

4.  Plaintiff shall indemnify both the U.S. Marshal and the United States from and against any and all claims or potential claims by any person, entity or agency that is in any way related to or occasioned by the above specified de-watering work.

**IT IS SO ORDERED.**

DATED: March 10, 2008

M. James Lorenz
United States District Court Judge