# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bartell Hotels, A California Limited Partnership, dba Holf Moon Anchorage,<br><br>                                        Plaintiff,<br><br>vs<br><br>M/Y Claire Irene, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, and All of Her Engines, Tackle, Accessories, Equipment, Furnishings and Appurtenances, in rem,<br><br>                                        Defendant, | Civil No.     07-CV-2097-L<br>                      (BLM)<br><br>DEFAULT |

It appears from the records in the above entitled action that Summons issued on the First Amended Complaint filed on 12/6/2007 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

**M/Y Claire Irene, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, and All of Her Engines, Tackle, Accessories, Equipment, Furnishings and Appurtenances**

**Entered On:**    March 11, 2008                         W. SAMUEL HAMRICK, JR., CLERK

                                        By:          s/ M. Jenkins
                                                     M. Jenkins, Deputy