

FILED
5/16/2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

**Bartell Hotels**                                    **07cv2097-L (BLM)**

-v-

**M/Y Claire Irene**

# STRICKEN DOCUMENT

31-Motion for Order for Interlocutory Vessel Sale

**31**