

**Bartell Hotels**                                                                07cv2097-L (BLM)

**-v-**

**M/Y Claire Irene**

# STRICKEN DOCUMENT

**32-Declaration (Hatch)**

**32**