

**FILED**

**5/16/2008**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                      DEPUTY

**Bartell Hotels**                                                              07cv2097-L (BLM)

-v-

M/Y Claire Irene

# STRICKEN DOCUMENT

**33-Motion for Default Judgment**

**33**