

**FILED**

**5/16/2008**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**Bartell Hotels**                                    **07cv2097-L (BLM)**

**-v-**

**M/Y Claire Irene**

# STRICKEN DOCUMENT

**34-Declaration (Oliver)**

**34**