

**Bartell Hotels**       07cv2097-L (BLM)

**-v-**

**M/Y Claire Irene**

# STRICKEN DOCUMENT

**35-Declaration (Weiss)**

**35**