

```
FILED
5/16/2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

**Bartell Hotels**                                              **07cv2097-L (BLM)**

**-v-**

**M/Y Claire Irene**

# STRICKEN DOCUMENT

**36-Declaration (Weiss)**

**36**