```
WEISS & JONES, LLP
Philip E. Weiss (No. 152523)
1551 Shelter Island Drive
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801
E-Mail: shiplaw@earthlink.net

Attorneys for Plaintiff
Bartell Hotels, a California Limited Partnership,
dba Half Moon Anchorage
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTELL HOTELS, A California Limited Partnership, dba HALF MOON ANCHORAGE,<br><br>Plaintiff,<br><br>v.<br><br>M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*,<br><br>Defendant. | Civil No. 07 CV 2097 L (BLM)<br><br>IN ADMIRALTY<br><br>NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT BY COURT<br><br>F.R.C.P. Supplemental Admiralty Rule E(9)<br><br>SUBMITTED ON PAPERS<br>(Oral Arguments Not Requested)<br><br>Date:   June 16, 2008<br>Time:   10:30 a.m.<br>Judge:  Hon. M. James Lorenz |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 16, 2008, at 10:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 14 (5th Floor) of the Southern District Court located at 880 Front Street, San Diego, California 92101, Plaintiff BARTELL HOTELS, a California Limited Partnership, dba HALF MOON ANCHORAGE will and hereby does respectfully move the Court:

For entry of an Order of Default Judgment By Court in favor of Plaintiff and against the in rem Defendant M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF

8646 ED, and all of her engines, tackle, accessories, equipment, furnishings and appurtenances.

    Said Motion is based upon this Notice of Motion, the Declaration of Brad Oliver in Support of Motion for Default Judgment By Court, the Declaration of Philip E. Weiss in Support of Default Judgment By Court, the Memorandum of Points and Authorities in Support of Motion for Default Judgment By Court, all records and pleadings on file with the Court, and such oral arguments as the Court may require. Oral argumentation is not requested.

DATED: May 21, 2008        WEISS & JONES, L.L.P.

By:        s/Philip E. Weiss
           Attorneys for Plaintiff
           Bartell Hotels, a California Limited
           Partnership, dba Half Moon Anchorage
           E-mail: shiplaw@earthlink.net

1  WEISS & JONES
   Philip E. Weiss, Esq. (No. 152523)
2  1551 Shelter Island Drive
   San Diego, California 92106
3  Telephone: (619) 225-8884
   Facsimile: (619) 225-8801
4

5  Attorneys for Plaintiff
   Bartell Hotels, a California Limited Partnership,
6  dba Half Moon Anchorage
   Attorney for Plaintiff
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 BARTELL HOTELS, A California Limited     )  Case No. 07 CV 2097 L (BLM)
   Partnership, dba HALF MOON ANCHORAGE,    )
12                                          )  IN ADMIRALTY
                Plaintiff,                  )
13                                          )  DECLARATION OF SERVICE
   v.                                       )
14                                          )  F.R.C.P. Supplemental Admiralty
   M/Y CLAIRE IRENE, a 1968 Owens Motor     )  Rules C and E.
15 Yacht of Approximately 40-Feet In Length And )
   11-Feet In Beam, Bearing California D.M.V. ) 46 U.S.C. Sections 30101-31343
16 Registration No. CF 8646 ED, AND ALL OF  )
   HER ENGINES, TACKLE, ACCESSORIES,        )
17 EQUIPMENT, FURNISHINGS AND               )
   APPURTENANCES, *in rem*,                 )
18                                          )
                Defendant.                  )
19 _____)

20

21                        **DECLARATION OF SERVICE**

22              STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

23      I am employed in San Diego County, State of California. I am over the age of eighteen (18)

24 and not a party to this action; my business address is 1551 Shelter Island Drive, San Diego,

25 California 92106. On May 22, 2008, I served the following document(s) described as:

26      −    **Notice of Motion and Motion For Default Judgment By Court**

27      −    **Points and Authorities In Support of Plaintiff's Application For Default Judgment**

28           **By Court**

DECLARATION OF SERVICE                                              Page -1-
                                                              Case No. 07 CV 2097 L (BLM)

1  – **Declaration of Brad Oliver In Support of Motion For Judgment By Court**
2  – **Declaration of Philip E. Weiss In Support of Motion For Judgment By Court**
3  – **[Proposed] Order For Entering Default Judgment By Court**

on the interested parties in Case No. 07 CV 2097 L (BLM) by placing [_] the original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

Mr. Kurt Hach

19918 Chase Street

Canoga Park, CA  91306

[_]  **(BY PERSONAL SERVICE):** Personal service accomplished by [_] attorney service or [_] _____, employed by Weiss & Jones.

[_]  **(BY FACSIMILE AS INDICATED ABOVE):** I caused the foregoing document(s) to be sent via facsimile transmission to the above addressee(s) at the facsimile numbers indicated above.

[X]  **(BY U.S. MAIL AS INDICATED ABOVE):** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

[ ]  **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]  **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: May 22, 2008                 _Tamara Geehan_ (signature)

                                    Tamara Geehan

c:\arrest-sdcal-clientsub\proofservice

DECLARATION OF SERVICE                                      Page -2-
                                                            Case No. 07 CV 2097 L (BLM)