1  WEISS & JONES, LLP
   Philip E. Weiss (No. 152523)
2  1551 Shelter Island Drive
   San Diego, California 92106
3  Telephone: (619) 225-8884
   Facsimile: (619) 225-8801
4  E-Mail: shiplaw@earthlink.net

5  Attorneys for Plaintiff
   Bartell Hotels, a California Limited Partnership,
6  dba Half Moon Anchorage

7

8                    **UNITED STATES DISTRICT COURT**

9                  **SOUTHERN DISTRICT OF CALIFORNIA**

10  BARTELL HOTELS, A California Limited      )  Civil No. 07 CV 2097 L (BLM)
    Partnership, dba HALF MOON ANCHORAGE,     )
11                                            )  IN ADMIRALTY
                                              )
          Plaintiff,                          )
12                                            )  AMENDED NOTICE OF MOTION
    v.                                        )  AND MOTION FOR DEFAULT
13                                            )  JUDGMENT BY COURT
    M/Y CLAIRE IRENE, a 1968 Owens Motor      )
14  Yacht of Approximately 40-Feet In Length And )  F.R.C.P. Supplemental Admiralty
    11-Feet In Beam, Bearing California D.M.V. )  Rule E(9)
15  Registration No. CF 8646 ED, AND ALL OF   )
    HER ENGINES, TACKLE, ACCESSORIES,         )  SUBMITTED ON PAPERS
16  EQUIPMENT, FURNISHINGS AND                )  (Oral Arguments Not Requested)
    APPURTENANCES, *in rem*,                  )
17                                            )  Date:      July 14, 2008
          Defendant.                          )  Time:      10:30 a.m.
18                                            )  Judge:     Hon. M. James Lorenz

19

20        **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

21        **PLEASE TAKE NOTICE** that on July 14, 2008, at 10:30 a.m., or as soon thereafter

22  as the matter may be heard in Courtroom 14 (5th Floor) of the Southern District Court

23  located at 880 Front Street, San Diego, California 92101, Plaintiff BARTELL HOTELS, a

24  California Limited Partnership, dba HALF MOON ANCHORAGE will and hereby does

25  respectfully move the Court:

26        For entry of an Order of Default Judgment By Court in favor of Plaintiff and against

27  the in rem Defendant M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately

28  40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF

AMENDED NOTICE OF MOTION AND MOTION                                              1
FOR DEFAULT JUDGMENT BY COURT                                    Case No.  07 CV 2097 L (BLM)

1    8646 ED, and all of her engines, tackle, accessories, equipment, furnishings and

2    appurtenances.

3         Said Motion is based upon this Notice of Motion, the Declaration of Brad Oliver in

4    Support of Motion for Default Judgment By Court, the Declaration of Philip E. Weiss in

5    Support of Default Judgment By Court, the Memorandum of Points and Authorities in

6    Support of Motion for Default Judgment By Court, all records and pleadings on file with the

7    Court, and such oral arguments as the Court may require.  Oral argumentation is not

8    requested.

9         This Amended Notice of Motion follows and supercedes the original Notice of

10   Motion, which incorrectly reflected a hearing date of June 16, 2008, rather than the correct

11   hearing date of July 14, 2008.  Plaintiff's counsel regrets and apologizes for any

12   inconveniences caused by this error.

13   DATED: May 30, 2008          WEISS & JONES, L.L.P.

14

15                               By:        s/Philip E. Weiss
                                            Attorneys for Plaintiff
16                                          Bartell Hotels, a California Limited
                                            Partnership, dba Half Moon Anchorage
17                                          E-mail: shiplaw@earthlink.net

18

19

20

21

22

23

24

25

26

27

28

1  WEISS & JONES
   Philip E. Weiss, Esq. (No. 152523)
2  1551 Shelter Island Drive
   San Diego, California 92106
3  Telephone: (619) 225-8884
   Facsimile: (619) 225-8801
4

5  Attorneys for Plaintiff
   Bartell Hotels, a California Limited Partnership,
6  dba Half Moon Anchorage
   Attorney for Plaintiff
7

8                 UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 BARTELL HOTELS, A California Limited        )  Case No. 07 CV 2097 L (BLM)
   Partnership, dba HALF MOON ANCHORAGE,       )
12                                             )  IN ADMIRALTY
                Plaintiff,                     )
13                                             )  DECLARATION OF SERVICE
   v.                                          )
14                                             )  F.R.C.P. Supplemental Admiralty
   M/Y CLAIRE IRENE, a 1968 Owens Motor        )  Rules C and E.
15 Yacht of Approximately 40-Feet In Length And )
   11-Feet In Beam, Bearing California D.M.V.   )  46 U.S.C. Sections 30101-31343
16 Registration No. CF 8646 ED, AND ALL OF     )
   HER ENGINES, TACKLE, ACCESSORIES,           )
17 EQUIPMENT, FURNISHINGS AND                  )
   APPURTENANCES, *in rem*,                    )
18                                             )
                Defendant.                     )
19 _____     )

20

21             **DECLARATION OF SERVICE**

22         **STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

23        I am employed in San Diego County, State of California. I am over the age of eighteen (18)

24 and not a party to this action; my business address is 1551 Shelter Island Drive, San Diego,

25 California 92106. On May 30, 2008, I served the following document(s) described as:

26      –    **Amended Notice of Motion and Motion For Default Judgment By Court**

27 ///

28 ///

1    on the interested parties in Case No. 07 CV 2097 L (BLM) by placing [_] the original [X]

2    a true copy thereof enclosed in a sealed envelope addressed as follows:

3    Mr. Kurt Hach

4    19918 Chase Street

5    Canoga Park, CA   91306

6    [_]    **(BY PERSONAL SERVICE)**:  Personal service accomplished by [_] attorney service or

7    [_] _____, employed by Weiss & Jones.

8    [_]    **(BY FACSIMILE AS INDICATED ABOVE)**:  I caused the foregoing document(s) to be

9    sent via facsimile transmission to the above addressee(s) at the facsimile numbers indicated above.

10    **[ X ]    (BY U.S. MAIL AS INDICATED ABOVE)**:  As follows:  I am "readily familiar" with the

11    firm's practice of collection and processing correspondence for mailing.  Under that practice it would

12    be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San

13    Diego, California in the ordinary course of business.  I am aware that on motion of the party served,

14    service is presumed invalid if postal cancellation date or postage meter date is more than one day

15    after deposit for mailing in affidavit.

16    [ ]    **(STATE)**:    I declare under penalty of perjury under the laws of the State of California that

17    the foregoing is true and correct.

18    **[X]    (FEDERAL)**:  I declare that I am employed in the office of a member of the bar of this court

19    at whose direction the service was made.

20    Dated: May 30, 2008    _____

21    Tamara Geehan

22    c:\arrest-sdcal-clientsub\proofservice

23

24

25

26

27

28

DECLARATION OF SERVICE