WEISS & JONES, LLP
Philip E. Weiss (No. 152523)
1551 Shelter Island Drive
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801
E-Mail: shiplaw@earthlink.net

Attorneys for Plaintiff
Bartell Hotels, a California Limited Partnership,
dba Half Moon Anchorage

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTELL HOTELS, A California Limited Partnership, dba HALF MOON ANCHORAGE, <br><br> Plaintiff, <br><br> v. <br><br> M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*, <br><br> Defendant. | Civil No. 07 CV 2097 L (BLM) <br><br> IN ADMIRALTY <br><br> NOTICE OF MOTION AND MOTION FOR INTERLOCUTORY VESSEL SALE <br><br> F.R.C.P. Supplemental Admiralty Rule E(9) <br><br> SUBMITTED ON PAPERS (Oral Arguments Not Requested) <br><br> Date: July 14, 2008 <br> Time: 10:30 a.m. <br> Judge: Hon. M. James Lorenz |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that on July 14, 2008, at 10:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 14 (5th Floor) of the Southern District Court located at 880 Front Street, San Diego, California 92101, Plaintiff BARTELL HOTELS, a California Limited Partnership, dba HALF MOON ANCHORAGE will and hereby does respectfully move the Court:

To order the interlocutory sale of the Defendant Vessel, M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, together with all of her engines, tackle,

accessories, equipment, furnishings and appurtenances, where she lies, at public auction conducted by the offices of the United States Marshal Service, as the soonest time possible time.

    Said Motion is based upon this Notice of Motion, the Declaration of Brad Oliver in Support of Motion for Interlocutory Vessel Sale, the Declaration of Philip E. Weiss in Support of Motion for Interlocutory Vessel Sale, Memorandum of Points and Authorities in Support of Interlocutory Vessel Sale, all records and pleadings on file with the Court, and such oral arguments as the Court may require.  Oral argumentation is not requested.

DATED: May 30, 2008        WEISS & JONES, L.L.P.

By:       s/Philip E. Weiss
Attorneys for Plaintiff
Bartell Hotels, a California Limited
Partnership, dba Half Moon Anchorage
E-mail: shiplaw@earthlink.net

```
WEISS & JONES
Philip E. Weiss, Esq. (No. 152523)
1551 Shelter Island Drive
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801


Attorneys for Plaintiff
Bartell Hotels, a California Limited Partnership,
dba Half Moon Anchorage
Attorney for Plaintiff
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTELL HOTELS, A California Limited Partnership, dba HALF MOON ANCHORAGE,<br><br>Plaintiff,<br><br>v.<br><br>M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*,<br><br>Defendant. | Case No. 07 CV 2097 L (BLM)<br><br>IN ADMIRALTY<br><br>DECLARATION OF SERVICE<br><br>F.R.C.P. Supplemental Admiralty Rules C and E.<br><br>46 U.S.C. Sections 30101-31343 |

### **DECLARATION OF SERVICE**

### STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in San Diego County, State of California. I am over the age of eighteen (18) and not a party to this action; my business address is 1551 Shelter Island Drive, San Diego, California 92106. On May 30, 2008, I served the following document(s) described as:

- **Notice of Motion and Motion For Interlocutory Vessel Sale**

- **Points and Authorities In Support of Motion For Interlocutory Vessel Sale and Authorization To Credit Bid**

DECLARATION OF SERVICE                                                                Page -1-
                                                                                            Case No. 07 CV 2097 L (BLM)

1      –    **Declaration of Brad Oliver In Support of Plaintiff's Motion For Interlocutory**
2            **Vessel Sale**
3      –    **Declaration of Philip E. Weiss In Support of Plaintiff's Motion For Interlocutory**
4            **Vessel Sale**
5      –    **[Proposed] Order For Interlocutory Vessel Sale**
6   on the interested parties in Case No. 07 CV 2097 L (BLM) by placing [_] the
7   original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:
8      Mr. Kurt Hach
9      19918 Chase Street
10     Canoga Park, CA   91306
11  [_]   **(BY PERSONAL SERVICE)**: Personal service accomplished by [_] attorney service or
12  [_] _____, employed by Weiss & Jones.
13  [_]   **(BY FACSIMILE AS INDICATED ABOVE)**: I caused the foregoing document(s) to be
14  sent via facsimile transmission to the above addressee(s) at the facsimile numbers indicated above.
15  [**X**]   **(BY U.S. MAIL AS INDICATED ABOVE)**: As follows: I am "readily familiar" with the
16  firm's practice of collection and processing correspondence for mailing. Under that practice it would
17  be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San
18  Diego, California in the ordinary course of business. I am aware that on motion of the party served,
19  service is presumed invalid if postal cancellation date or postage meter date is more than one day
20  after deposit for mailing in affidavit.
21  [ ]   **(STATE)**:   I declare under penalty of perjury under the laws of the State of California that
22  the foregoing is true and correct.
23  [**X**]   **(FEDERAL)**: I declare that I am employed in the office of a member of the bar of this court
24  at whose direction the service was made.
25  Dated: May 30, 2008   _____
26              Tamara Geehan
27  c:\arrest-sdcal-clientsub\proofservice
28

DECLARATION OF SERVICE             Page -2-
                                                                                                    Case No. 07 CV 2097 L (BLM)