UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTELL HOTELS dba HALF MOON ANCHORAGE,<br><br>           Plaintiff,<br>v.<br>M/Y CLAIRE IRENE and all of her Engines, Tackle, Accessories, Equipment, Furnishings and Appurtenances, *in rem*,<br><br>           Defendants. | Civil No. 07cv2097-L(BLM)<br><br>**ORDER RE: ORAL ARGUMENT** |

Currently scheduled on this court's calendar for July 14, 2008 are Plaintiff's motions for default judgment and interlocutory vessel sale. The court finds these motions suitable for determination on the papers and without oral argument in accordance with Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required on July 14, 2008 and the motions will be deemed submitted as of that date.

**IT IS SO ORDERED.**

DATED: July 7, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

07cv2097