WEISS & JONES
Philip E. Weiss, Esq. (No. 152523)
1551 Shelter Island Drive
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801

Attorneys for Plaintiff
Bartell Hotels, a California Limited Partnership,
dba Half Moon Anchorage
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTELL HOTELS, A California Limited Partnership, dba HALF MOON ANCHORAGE,<br><br>     Plaintiff,<br><br>v.<br><br>M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*,<br><br>     Defendant. | Case No. 07 CV 2097 L (BLM)<br><br>IN ADMIRALTY<br><br>DECLARATION OF SERVICE<br><br>F.R.C.P. Supplemental Admiralty Rules C and E.<br><br>46 U.S.C. Sections 30101-31343 |

## DECLARATION OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in San Diego County, State of California. I am over the age of eighteen (18) and not a party to this action; my business address is 1551 Shelter Island Drive, San Diego, California 92106. On August 26, 2008, I served the following document(s) described as:

- **Order For Interlocutory Vessel Sale**
- **Notice of Sale By The United States Marshal of Defendant Vessel**

///

on the interested parties in Case No. 07 CV 2097 L (BLM) by placing [_] the original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

Mr. Kurt Hach

19918 Chase Street

Canoga Park, CA  91306

[_]   **(BY PERSONAL SERVICE)**: Personal service accomplished by [_] attorney service or [_] _____, employed by Weiss & Jones.

[_]   **(BY FACSIMILE AS INDICATED ABOVE)**: I caused the foregoing document(s) to be sent via facsimile transmission to the above addressee(s) at the facsimile numbers indicated above.

[X]   **(BY U.S. MAIL AS INDICATED ABOVE)**: As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

[ ]   **(STATE)**: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]   **(FEDERAL)**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: August 26, 2008                    _Tamara Geehan_ (signature)

                                          Tamara Geehan

c:\arrest-sdcal-clientsub\proofservice