```
 1  WEISS & JONES, LLP
    Philip E. Weiss (No. 152523)
 2  2608 Shelter Island Drive, Suite 202
    San Diego, California 92106
 3  Telephone: (619) 225-8884
    Facsimile: (619) 225-8801
 4  E-Mail: shiplaw@earthlink.net

 5  Attorneys for Plaintiff
    Bartell Hotels, a California Limited Partnership,
 6  dba Half Moon Anchorage

 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| BARTELL HOTELS, A California Limited Partnership, dba HALF MOON ANCHORAGE, | ) ) ) | Civil No. 07 CV 2097 L (BLM) |
|---|---|---|
| Plaintiff, | ) ) ) | IN ADMIRALTY |
| v. | ) ) ) | NOTICE OF CHANGE OF ADDRESS BY PLAINTIFF'S COUNSEL |
| M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*, | ) ) ) ) ) ) ) ) | Judge:   Hon. M. James Lorenz |
| Defendant. | ) ) | |

**TO: THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Weiss & Jones, L.L.P., counsel for Plaintiff BARTELL HOTELS in this action, has changed its address from: 1551 Shelter Island Drive, San Diego, California 92106 to:

**2608 Shelter Island Drive, Suite 202**

**San Diego, California 92106**

///

///

///

///

NOTICE OF CHANGE OF ADDRESS
BY PLAINTIFF'S COUNSEL

1

Case No. 07 CV 2097 L (BLM)

1    **PLEASE TAKE FURTHER NOTICE** that the telephone and facsimile numbers, as
2    well as the e-mail addresses, will remain unchanged.

3    Dated: September 18, 2008      Respectfully submitted,

4                                                WEISS & JONES, L.L.P.

5

6                                    By:    S/ PHILIP E. WEISS
                                                   Attorneys for Plaintiff
7                                                    BARTELL HOTELS

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WEISS & JONES
Philip E. Weiss, Esq. (No. 152523)
2608 Shelter Island Drive, Suite 202
San Diego, California 92106
Telephone: (619) 225-8884
Facsimile: (619) 225-8801

Attorneys for Plaintiff
Bartell Hotels, a California Limited Partnership,
dba Half Moon Anchorage
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTELL HOTELS, A California Limited Partnership, dba HALF MOON ANCHORAGE,<br><br>Plaintiff,<br><br>v.<br><br>M/Y CLAIRE IRENE, a 1968 Owens Motor Yacht of Approximately 40-Feet In Length And 11-Feet In Beam, Bearing California D.M.V. Registration No. CF 8646 ED, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*,<br><br>Defendant. | Case No. 07 CV 2097 L (BLM)<br><br>IN ADMIRALTY<br><br>DECLARATION OF SERVICE<br><br>F.R.C.P. Supplemental Admiralty Rules C and E.<br><br>46 U.S.C. Sections 30101-31343 |

### DECLARATION OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in San Diego County, State of California. I am over the age of eighteen (18) and not a party to this action; my business address is 2608 Shelter Island Drive, Suite 202, San Diego, California 92106. On September 19, 2008, I served the following document(s) described as:

- **Notice of Change of Address By Plaintiff's Counsel**

on the interested parties in Case No. 07 CV 2097 L (BLM) by placing [_] the original [X] a true

///

DECLARATION OF SERVICE                                                                                                 Page -1-
                                                                                                    Case No. 07 CV 2097 L (BLM)

1 | copy thereof enclosed in a sealed envelope addressed as follows:
2 |     Mr. Kurt Hach
3 |     19918 Chase Street
4 |     Canoga Park, CA  91306
5 | [_]    **(BY PERSONAL SERVICE)**: Personal service accomplished by [_] attorney service or
6 | [_] _____, employed by Weiss & Jones.
7 | [_]    **(BY FACSIMILE AS INDICATED ABOVE)**: I caused the foregoing document(s) to be
8 | sent via facsimile transmission to the above addressee(s) at the facsimile numbers indicated above.
9 | [ X ]    **(BY U.S. MAIL AS INDICATED ABOVE)**: As follows: I am "readily familiar" with the
10 | firm's practice of collection and processing correspondence for mailing. Under that practice it would
11 | be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San
12 | Diego, California in the ordinary course of business. I am aware that on motion of the party served,
13 | service is presumed invalid if postal cancellation date or postage meter date is more than one day
14 | after deposit for mailing in affidavit.
15 | [ ]    **(STATE)**: I declare under penalty of perjury under the laws of the State of California that
16 | the foregoing is true and correct.
17 | [X]    **(FEDERAL)**: I declare that I am employed in the office of a member of the bar of this court
18 | at whose direction the service was made.
19 | Dated: September 19, 2008          _____*Tamara Geehan*_____
20 |                                           Tamara Geehan
21 | c:\arrest-sdcal-clientsub\proofservice